IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON,
ADC #84733                                                                    PLAINTIFF

V.                              CASE NO. 2:12CV00147 DPM/BD

GREG HARMON, *et al.*                                                  DEFENDANTS

<u>ORDER</u>

Plaintiff Charles A. Winston, an Arkansas Department of Correction ("ADC")

inmate, filed this case *pro se* under 42 U.S.C. § 1983.  Because it was unclear to the Court

from the initial complaint what claims Mr. Winston intended to include in his lawsuit, the

Court ordered him to file an amended complaint.

Mr. Winston has now filed an amended complaint alleging:  (1) Warden Greg

Harmon and Lieutenant Harris were deliberately indifferent to his safety in violation of

the Eighth Amendment because the unit he was housed in was understaffed on two

occasions in August, 2009; and (2) Lieutenant Harris retaliated against him for filing a

grievance related to his deliberate indifference claim.

Service is now proper for Defendants Greg Harmon and Lieutenant Harris.  The

Clerk of Court is directed to prepare summonses for Defendants Harmon and Harris, and

the United States Marshal is directed to serve copies of the Complaint and the Amended

Complaint with any attachments (docket entries #2 and #4), and a summons for these

Defendants through the Compliance Division of the Arkansas Department of Correction,

P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or posting security.

IT IS SO ORDERED this 5th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE