**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**CHARLES A. WINSTON**                                                                **PLAINTIFF**

V.                      **NO. 2:12CV00147-DPM-BD**

**GREG HARMON
AND CLAUDIA HARRIS**                                                **DEFENDANTS**

**ORDER**

In conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Pamela D. Gilbert, Law Office of James F. Swindoll, 212 Center Street, Suite 300, Little Rock, Arkansas 72202, 501-374-1290, is hereby appointed to represent Plaintiff Charles Winston.

The Clerk of Court is directed to send Ms. Gilbert a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, she should contact court staff at 501-604-5114, and a copy of the file, or any portion of the file, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

IT IS SO ORDERED this 6th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE