IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON                                              PLAINTIFF

V.                          NO. 2:12CV00147-DPM-BD

GREG HARMON
AND CLAUDIA HARRIS                                              DEFENDANTS

### ORDER

The Court previously appointed Pamela D. Gilbert to represent Plaintiff Charles Winston in this lawsuit. (Docket entry #27) The Order appointing Ms. Gilbert was returned. (#28) Ms. Gilbert has now updated her contact information with the Court. Because Ms. Gilbert is employed by the Social Security Administration, she is no longer eligible for appointments. Accordingly, Ms. Gilbert is hereby relieved from her representation of Mr. Winston. The Court will promptly appoint new counsel to represent Mr. Winston.

IT IS SO ORDERED this 14th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE