**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHARLES A. WINSTON                                                                              PLAINTIFF

V.                                      NO. 2:12CV00147-DPM-BD

GREG HARMON
AND CLAUDIA HARRIS                                                                          DEFENDANTS

### ORDER

In conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, Monte Darrel Estes, Dover Dixon Horne PLLC, 425 West Capitol Avenue, Suite 3700, Little Rock, Arkansas 72201, 501-375-9151, is hereby appointed to represent Plaintiff Charles Winston.

The Clerk of Court is directed to send Mr. Estes a copy of this Order and Local Rule 83.7. Counsel may access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, he should contact court staff at 501-604-5114, and a copy of the file, or any portion of the file, will be provided via compact disc free of charge. Under Local Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days of the date of this order, if there is cause to withdraw; otherwise, the appointment will be effective.

IT IS SO ORDERED this 25th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE