IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON
ADC # 84733                                                                PLAINTIFF

v.                          No. 2:12-cv-147-DPM-BD

GREG HARMON, Warden, East
Arkansas Regional Unit, ADC and
CLAUDIA HARRIS, Lieutenant, ADC                          DEFENDANTS

ORDER

Unopposed recommendation, № 62, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Winston's motion for a preliminary injunction, as amended, № 56 & 57, and as supplemented, № 61, is denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

31 July 2014