IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON
ADC #84733                                                                PLAINTIFF

v.                          No. 2:12-cv-147-DPM-BD

GREG HARMON, Warden, East
Arkansas Regional Unit, ADC and
CLAUDIA HARRIS, Lieutenant, ADC                      DEFENDANTS

ORDER

On *de novo* review, the Court overrules Winston's objections, № 82, and adopts Magistrate Judge Deere's recommendation, № 81. FED. R. CIV. P. 72(b)(3). The Court, on its own motion and after reasonable notice, grants the Defendants summary judgment. The Court thanks Ms. Gilbert for her work representing Winston and relieves her as counsel.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2014