IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON
ADC #84733                                                                      PLAINTIFF

v.                          No. 2:12-cv-147-DPM

GREG HARMON, Warden, East
Arkansas Regional Unit, ADC and
CLAUDIA HARRIS, Lieutenant, ADC                          DEFENDANTS

JUDGMENT

Winston's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 October 2014